**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Pablo Celedonio  　　　　　　　　　　CHAPTER 13
　　　　　　　　Debtor(s)

BKY. NO. 22-10457 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Rebecca Solarz
　　　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　　　09 Mar 2022, 11:15:21, EST

　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: a4ef400db22c893821aa1a090d72f6971a4a8ee6aed598d5ccf56e90291a8e86