UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|    PABLO CELEDONIO | : | |
| | : | |
|    Debtor(s) | : | No. 22-10457 amc |

ORDER

AND NOW, this \_\_\_\_ day of March 2022, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including March 25, 2022, within which to file all required documents.

**Date: March 14, 2022**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mr. Pablo Celedonio
5021 Rosehill Street
Philadelphia, PA 19120