**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| PABLO CELEDONIO | : | |
| Debtor(s) | : | No. 22-10457 amc |

## AFFIDAVIT OF NO PAY ADVICES

I, Pablo Celedonio, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g., "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that my sole source of income within the sixty (60) days immediately preceding the date of filing the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

I verify that the statements made in this Affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. A. Section 4904, relating to unsworn falsification to authorities**.**

Date:  March 25, 2022            Signature:     /s/ Pablo Celedonio
                                              Pablo Celedonio