# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Chapter 13

PABLO CELEDONIO  Bankruptcy No. 22-10457-AMC

5021 ROSEHILL STREET

PHILADELPHIA, PA 19120

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
PABLO CELEDONIO

5021 ROSEHILL STREET

PHILADELPHIA, PA 19120

**Counsel for debtor(s), by electronic notice only.**
MICHELE PEREZ CAPILATO, ESQ.
500 OFFICE CENTER DRIVE
SUITE 400
FORT WASHINGTON, PA 19034-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 6/7/2022                                                                 /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee