# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 22-10457-AMC

PABLO CELEDONIO

5021 ROSEHILL STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PABLO CELEDONIO

5021 ROSEHILL STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

MICHELE PEREZ CAPILATO, ESQ.
500 OFFICE CENTER DRIVE
SUITE 400
FORT WASHINGTON, PA 19034-

                                            /S/ Kenneth E. West

Date: 6/9/2022                    _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee