United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Pablo Celedonio  
    Debtor

Case No. 22-10457-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 01, 2022      Form ID: 152      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pablo Celedonio, 5021 Rosehill Street, Philadelphia, PA 19120-3938 |
| cr | + | Community First Fund, P.O. Box 524, 30 West Orange Street, Lancaster, PA 17603-3841 |
| 14686611 | + | Community First Fund, c/o Rebecca K. McDowell, Esq, 1700 Market Street, Ste 1005, Philadelphia, PA 19103-3920 |
| 14671762 | + | Emergency Care Services of Pennsylvania, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14679802 | + | Federal Pacific Credit Co., LLC, P O Box 27198, Salt Lake City, UT 84127-0198 |
| 14671763 | + | Finanta, 1301 N 2nd St, Philadelphia, PA 19122-4503 |
| 14716534 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14674893 | + | Pennsylvania Housing Finance Agency, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14671767 | + | Rebecca Solarz, Esquire, KML Law Group, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14671770 | + | U.S. Bank National Association, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14671772 | | Westlake Financial Services, POB 6809, Los Angeles, CA 90076-0809 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 02 2022 00:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14683953 | | Email/Text: megan.harper@phila.gov | Sep 02 2022 00:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14671771 | | Email/Text: megan.harper@phila.gov | Sep 02 2022 00:54:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond Tax & Revenu, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14706197 | | Email/Text: megan.harper@phila.gov | Sep 02 2022 00:54:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14671760 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2022 00:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14673209 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2022 00:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14671761 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2022 01:00:57 | DirecTV LLC, by AmericanInfoSource as agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14685016 | + | Email/Text: blegal@phfa.org | Sep 02 2022 00:54:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14671766 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2022 01:01:05 | Portfolio Recovery Associates LLC, P.O. Box |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 14673206 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2022 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14671765 | | Email/Text: blegal@phfa.org | Sep 02 2022 00:54:00 | Pennsylvania Housing Finance Agency, POB 15057, Harrisburg, PA 17105-5057 |
| 14671769 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2022 01:00:57 | T-Mobile USA Inc, by American Info Source as Agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14688303 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 02 2022 00:55:00 | Westlake - C/O Peritus Portfolio Services, PO BOX 141419, Irving, TX 75014-1419 |
| 14671773 | ^ | MEBN | Sep 02 2022 00:51:02 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14671768 | | Snap On Credit LLC, 950 Technology Way, Suite 301 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14671764 | ##+ | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Pablo Celedonio perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA K. MCDOWELL | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: 152 | Total Noticed: 25 |

on behalf of Creditor Community First Fund rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Pablo Celedonio

    Debtor(s)

Case No: 22−10457−amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/29/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

33 − 29
Form 152