United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-10457-amc

Pablo Celedonio                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                          Page 1 of 3
Date Rcvd: Jan 31, 2023                    Form ID: pdf900                              Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pablo Celedonio, 5021 Rosehill Street, Philadelphia, PA 19120-3938 |
| cr | + | Community First Fund, P.O. Box 524, 30 West Orange Street, Lancaster, PA 17603-3841 |
| 14686611 | + | Community First Fund, c/o Rebecca K. McDowell, Esq, 1700 Market Street, Ste 1005, Philadelphia, PA 19103-3920 |
| 14679802 | + | Federal Pacific Credit Co., LLC, P O Box 27198, Salt Lake City, UT 84127-0198 |
| 14671763 | + | Finanta, 1301 N 2nd St, Philadelphia, PA 19122-4503 |
| 14716534 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14674893 | + | Pennsylvania Housing Finance Agency, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14671767 | + | Rebecca Solarz, Esquire, KML Law Group, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14671770 | + | U.S. Bank National Association, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14671772 | | Westlake Financial Services, POB 6809, Los Angeles, CA 90076-0809 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 01 2023 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 01 2023 00:29:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14683953 | | Email/Text: megan.harper@phila.gov | Feb 01 2023 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14671771 | | Email/Text: megan.harper@phila.gov | Feb 01 2023 00:29:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond Tax & Revenu, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14706197 | | Email/Text: megan.harper@phila.gov | Feb 01 2023 00:29:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14738205 | | Email/Text: megan.harper@phila.gov | Feb 01 2023 00:29:00 | City of Philadelphia Law Department, C/O JOSHUA DOMER, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14671760 | + | Email/Text: bankruptcy@cavps.com | Feb 01 2023 00:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14673209 | + | Email/Text: bankruptcy@cavps.com | Feb 01 2023 00:29:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14671761 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2023 00:40:59 | DirecTV LLC, by AmericanInfoSource as agent, |

|  |  |  | 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14671762 | ^ | MEBN | |
|  |  | Feb 01 2023 00:25:08 | Emergency Care Services of Pennsylvania, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14685016 | + | Email/Text: blegal@phfa.org | |
|  |  | Feb 01 2023 00:29:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14671766 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Feb 01 2023 00:40:59 | Portfolio Recovery Associates LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14673206 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  |  | Feb 01 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14671765 |  | Email/Text: blegal@phfa.org | |
|  |  | Feb 01 2023 00:29:00 | Pennsylvania Housing Finance Agency, POB 15057, Harrisburg, PA 17105-5057 |
| 14671769 | + | Email/PDF: ebn_ais@aisinfo.com | |
|  |  | Feb 01 2023 00:40:53 | T-Mobile USA Inc, by American Info Source as Agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14688303 | + | Email/Text: peritus@ebn.phinsolutions.com | |
|  |  | Feb 01 2023 00:30:00 | Westlake - C/O Peritus Portfolio Services, PO BOX 141419, Irving, TX 75014-1419 |
| 14671773 | ^ | MEBN | |
|  |  | Feb 01 2023 00:25:00 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14671768 |  | Snap On Credit LLC, 950 Technology Way, Suite 301 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14671764 | ##+ | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
|  | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

JOSHUA DOMER

on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHELE PEREZ CAPILATO

on behalf of Debtor Pablo Celedonio perezcapilatolaw@yahoo.com
michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA K. MCDOWELL

on behalf of Creditor Community First Fund rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:            :    **Chapter 13**

PABLO CELEDONIO

     **Debtor(s)**      :    **Bky. No.  22-10457-AMC**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: January 31, 2023

             _____
             **ASHELY M. CHAN**
             **U.S. BANKRUPTCY JUDGE**