**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | **:** | CHAPTER 13 |
| PABLO CELEDONIO | : | |
| | : | |
| Debtor(s) | : | No. 22-10457 amc |

**CERTIFICATE OF NO OBJECTION**

_____COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor, and hereby certifies that neither an objection to Counsel's Application for Compensation nor an application for administrative fees has been filed after being served on interested parties on February 19, 2023.

March 16, 2023                    Respectfully Submitted,

/s/Michele Perez Capilato
Michele Perez Capilato, Esquire
Attorney I.D.  No.  90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
michelecapilatolaw@gmail.com