UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

PABLO CELEDONIO : CHAPTER 13
:
:
Debtor(s) : No. 22-10457 amc

ORDER

AND NOW, this _____ day of March 2023, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,250.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,150.00 from the estate.

**Date: March 20, 2023**

_____
Ashely M. Chan
United States Bankruptcy Judge

Cc: